# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Richard Harry Schwab,<br><br>    Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC, Rushmore Loan Management Services, LLC, Wells Fargo Home Mortgage, Inc., and Experian Information Solutions, Inc.,<br><br>    Defendant | Case No.: 2:16-CV-00583-RAJ<br><br>[PROPOSED] ORDER RE: JOINT AND STIPULATED MOTION TO REMOVE AND REPLACE EXHIBITS ATTACHED TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Pursuant to the Parties' stipulation and for GOOD CAUSE shown, IT IS HEREBY ORDERED that the previously filed Plaintiff's Exhibits 3, 4, and 5 [ECF 45-5, 45-6, and 45-7, respectively] shall be struck from the record and suppressed. Such records shall each be replaced by Plaintiff's Exhibits attached to the Parties' Stipulation [ECF 46-1, 46-2, 46-3].

Dated this 9th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge